United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Robert Tom, Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 20-22726-Civ-Scola |
| Charlotte Burrows, Chair of the Equal Employment Opportunity Commission, Defendant. | ) ) ) ) |

### Order of Dismissal

The parties have dismissed this case with prejudice in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Joint Stip. for Dismissal with Prejudice, ECF No. 57.) The Court reserves jurisdiction to enforce the parties' settlement agreement. The Court directs the Clerk to **close** this case. All pending motions, if any, are **denied** as moot.

**Done and ordered** in Miami, Florida, on March 1, 2022.

_____
Robert N. Scola, Jr.
United States District Judge